STATE OF CONNECTICUT *v.* ROBERT A. LEGNANI

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 399 (AC 26840), is denied.

*Moira L. Buckley,* in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided October 20, 2008

PRECISION MECHANICAL SERVICES, INC. *v.* T.J. PFUND ASSOCIATES, INC., ET AL.

The petition by the defendants T.J. Pfund Associates, Inc., and Marianne Pfund for certification for appeal from the Appellate Court, 109 Conn. App. 560 (AC 27489), is denied.

*Robert J. Grande,* in support of the petition.

Decided October 20, 2008